UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN J. ABELSON, ESQ., P.C.
By: Steven J. Abelson, Esq.
(ID # SA 7987)
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
Attorney for Debtor

In Re:

ABILIO & PAULA DeBARROS

**Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    17-22925

Chapter:    13

Judge:    MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson, Esq._____, the applicant, is allowed a fee of $ _____150_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____150_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*