| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Abilio Pereira DeBarros <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0730 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Paula Cristina Barros <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2161 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–22925–MBK | | |

## Order of Discharge                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Abilio Pereira DeBarros                    Paula Cristina Barros

   _8/26/22_                                   **By the court:** _Michael B. Kaplan_
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Abilio Pereira DeBarros  
Paula Cristina Barros  
    Debtors

Case No. 17-22925-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Abilio Pereira DeBarros, Paula Cristina Barros, 30 Cypress Drive, Parlin, NJ 08859-1114 |
| 516900035 | + | Dependable Credit, P. O. Box 686, Ardsley, NY 10502-0686 |
| 516900037 | + | Fritz Arcelin, c/o Pamela D. Hargrove, Esq, Mack-Cali Corporate Center, P.O. Box 2000, Cranford, NJ 07016-0200 |
| 516900038 | + | NJ Team Dental, 2515 Highway 516, 2nd Fl, Old Bridge, NJ 08857-4605 |
| 516900039 | + | Pamela D. Hargrove, Esq, Mack-Call Corporate Center, P.O. Box 2000, Cranford, NJ 07016-0200 |
| 517085740 | + | TD BANK, N.A., Payment Processing, PO BOX 16029, Lewiston, ME 04243-9507 |
| 517092802 | + | TD Bank, N.A., Richard J. Tracy, Ill, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2022 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2022 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516900036 | | EDI: DISCOVER.COM | Aug 27 2022 00:43:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 516909383 | | EDI: DISCOVER.COM | Aug 27 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516919080 | + | EDI: DISCOVERPL | Aug 27 2022 00:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 516900034 | | EDI: JPMORGANCHASE | Aug 27 2022 00:43:00 | Chase Bank/Bankruptcy, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517159359 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2022 20:52:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516900040 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2022 20:53:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 517092800 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2022 20:53:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, Ml 48226-3408 |
| 517084570 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 26 2022 20:53:00 | Quicken Loans, Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516901244 | + | EDI: RMSC.COM | Aug 27 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516900041 | | EDI: TDBANKNORTH.COM | Aug 27 2022 00:43:00 | TD Bank, Recovery Dept, P.O. Box 9547, Portland, ME 04112 |
| 516900042 | | Email/Text: vci.bkcy@vwcredit.com | | |

| | | | |
|---|---|---|---|
| 517053553 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 26 2022 20:53:00 | Volkswagen Credit, Dept 129601, P.O. Box 67000, Detroit, MI 48267 |
| | | Aug 26 2022 20:52:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 516900043 | + EDI: RMSC.COM | Aug 27 2022 00:43:00 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor QUICKEN LOANS INC. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Abilio Pereira DeBarros sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Paula Cristina Barros sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7